BC GMC

FILED
8/12/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

KELSEY MAURINE BRICKL,

Plaintiff,

v.

AMERICAN AIRLINES, INC.,

Defendant.

Case No. 1:25-cv-09158

Judge Manish S. Shah

---

**NOTICE OF THIRD-PARTY HARASSMENT AND POTENTIAL WITNESS INTIMIDATION**

Plaintiff Kelsey Maurine Brickl respectfully submits this Notice to inform the Court and all parties of ongoing third-party conduct that may bear on case management, litigant safety, and the conduct of the defense.

---

**1. Background**

Since August 11, 2025, Plaintiff has received multiple unsolicited and harassing communications

from Michael Lissack, an individual who is not a party to this case. These communications have occurred in a public online comment forum, via LinkedIn direct message, and via email.

Plaintiff notes that her own public statements concerning this litigation have been limited to factual descriptions of events and court filings and have not contained defamatory content.

**2. Chronology of Conduct**

- **August 11, 2025 – 6:58 PM (CT):**

  Mr. Lissack posted a public comment on the travel blog *One Mile At A Time* under the name "Michael Lissack Guest," stating:

  *"Enough. You are doing yourself no favors with all this. If AA goes to trial you will lose. Why? Because the jury will not like you. The more you post the greater the dislike."*

- **August 11, 2025 – Evening:**

  Mr. Lissack, with whom Plaintiff has had no prior relationship or communication, sent Plaintiff an unsolicited LinkedIn direct message containing disparaging statements directly referencing Plaintiff and this litigation. The message was not in response to any outreach by Plaintiff. Plaintiff replied solely to instruct Mr. Lissack to cease all contact, after which she immediately blocked his account.

- **August 12, 2025 – 12:21 AM (CT):**

  Mr. Lissack sent an unsolicited email to Plaintiff's Gmail account stating, in relevant part: *"Your shrill tone and willingness to browbeat those who disagree with you means*

*the jury will hate you. Most of those who have heard your story already do."* Plaintiff did not respond to this email.

- **August 12, 2025 – 12:47 AM (CT):**

    Mr. Lissack sent Plaintiff a second unsolicited email to Plaintiff's Gmail account stating, in relevant part:

    *"I forwarded your nonsense including your threat to me to AA's legal team. I truly hope they ban you for life."* Plaintiff did not respond to this email.

- **August 12, 2025 – 1:04 AM (CT):**

    Plaintiff sent Mr. Lissack a formal cease-contact notice via secure ProtonMail, advising that his conduct constituted harassment and potential witness intimidation, that a police report would be filed, and that further contact would result in civil litigation.

---

3. **Relevance to the Court**

This sequence of unsolicited contacts, all occurring within a short time frame, appears intended to harass Plaintiff and may reasonably be perceived as an effort to discourage or deter her participation as a litigant in an active federal matter. The repeated references to the likely outcome of this litigation, coupled with disparaging personal remarks, suggest an intent to undermine Plaintiff's confidence and credibility.

Furthermore, Mr. Lissack's statement that he has communicated with Defendant's legal team raises concerns regarding the scope, nature, and propriety of any such contact and whether it may have any bearing on case management, party conduct, or the integrity of these proceedings.

**4. Attachments**

Plaintiff is submitting the following exhibits:

**Exhibit A – Blog Comment**

- Screenshot of *One Mile At A Time* comment, August 11, 2025, 6:58 PM (CT).

**Exhibit B – LinkedIn Communications** *(combined)*

- B1: Screenshot of unsolicited LinkedIn message from Michael Lissack, August 11, 2025.
- B2: Screenshot of Plaintiff's LinkedIn cease-contact reply, August 11, 2025.

**Exhibit C – Email Communications** *(combined)*

- C1: Email from Michael Lissack to Plaintiff's Gmail account, August 12, 2025, 12:21 AM (CT).
- C2: Email from Michael Lissack to Plaintiff's Gmail account, August 12, 2025, 12:47 AM (CT).

**Exhibit D – Cease-Contact Notice**

- Plaintiff's cease-contact notice sent via ProtonMail to Michael Lissack, August 12, 2025, 1:04 AM (CT).

**5. Purpose of this Notice**

Plaintiff submits this Notice for the limited purpose of creating a formal record of the harassment

and potential intimidation, and to alert the Court in the event that further steps become necessary to protect the integrity of these proceedings.

---

Respectfully submitted,

Dated: August 12, 2025

**/s/ Kelsey M. Robertson-Brickl**

Kelsey M. Robertson-Brickl

Plaintiff, Pro Se

401 E Ontario St Apt 4206 Chicago IL 60611

312-858-0386

kelseybrickl@protonmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

KELSEY MAURINE BRICKL,

Plaintiff,

v.                                                                  Case No. 1:25-cv-09158

                                                                    Judge Manish S. Shah

AMERICAN AIRLINES, INC.,

Defendant.

---

**EXHIBIT A – BLOG COMMENT**

**Source:** Travel blog *One Mile At A Time*

**URL:** https://onemileatatime.com/news/disabled-traveler-sues-american-airlines-disregard-law/

**Date & Time of Comment (Central Time):** August 11, 2025 – 6:58 PM

**Comment Author Name Displayed:** "Michael Lissack Guest"

**Verbatim Comment Text:**

> "Enough. You are doing yourself no favors with all this. If AA goes to trial you will lose. Why? Because the jury will not like you. The more you post the greater the dislike."

This is a true and correct screenshot of the referenced blog comment as it appeared publicly on the above website on the date and time stated.



(source: https://onemileatatime.com/news/disabled-traveler-sues-american-airlines-disregard-law/)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

KELSEY MAURINE BRICKL,

Plaintiff,

v.  Case No. 1:25-cv-09158

Judge Manish S. Shah

AMERICAN AIRLINES, INC.,

Defendant.

---

EXHIBIT B – LINKEDIN COMMUNICATIONS

**Source:** LinkedIn direct messaging platform

**Date & Time:** August 11, 2025 – Evening (Central Time)

**Parties:** Plaintiff (Kelsey Maurine Brickl) and Michael Lissack

**B1 – Unsolicited Message:**

Mr. Lissack, with whom Plaintiff has had no prior relationship, sent a wholly unsolicited LinkedIn message to Plaintiff, containing disparaging statements about Plaintiff and this litigation.

**B2 – Cease-Contact Reply:**

Plaintiff replied only to instruct Mr. Lissack to immediately cease all contact and then blocked his account.

This exhibit contains true and correct screenshots of the LinkedIn communications as they appeared on August 11, 2025.









Michael Lissack

Visit my website

Michael Lissack · 2nd
Applied Philosopher of Science -- Writer -- Entrepreneur (Opinions and Postings are my own views and do not reflect the views of the institutions...

TODAY

Michael Lissack · 6:22 PM

**You are going to.lose the lawsuit**

Your PR campaign has turned most observers against you.
No jury will like you.

Kelsey Brickl (She/Her) · 9:26 PM

Mr. Lissack:

This unsolicited LinkedIn message (received August 11,

 **Michael Lissack**

Visit my website

 **Kelsey Brickl** (She/Her) • 9:26 PM

Mr. Lissack:

This unsolicited LinkedIn message (received August 11, 2025), combined with your repeated ad hominem comments toward me on One Mile At A Time, constitute harassment as defined under Illinois law (720 ILCS 5/26.5-3) and under federal standards given that I am the Plaintiff in Brickl v. American Airlines (Case No. 1:25-cv-09158) currently pending in the U.S. District Court for the Northern District of Illinois. You will take note that your communications have included personal disparagement designed to harass ("No jury will like you") and unsolicited predictions about the outcome of my ongoing litigation. Such conduct is reasonably calculated to cause emotional distress and can be interpreted as an attempt to prejudice a potential jury in an active federal case in which I am self-represented.

Your contact is improper because (1) it directly references active federal litigation, (2) it seeks to undermine my standing and credibility as a pro se litigant outside the confines of

 **Michael Lissack**

Visit my website

Your contact is improper because (1) it directly references active federal litigation, (2) it seeks to undermine my standing and credibility as a pro se litigant outside the confines of lawful court proceedings, and (3) it is part of a pattern of unsolicited communications from you regarding my legal matter. Sir, the combination of your online commentary and direct messages may be presented to a court as evidence of harassment, intimidation of a litigant, and potential witness tampering under 18 U.S.C. § 1512. Your actions could reasonably dissuade participation in court processes.

Accordingly, Mr. Lissack, I am preserving this unsolicited LinkedIn message and all of your public comments directed to me in their entirety for potential inclusion in court filings and/or referral to the appropriate authorities, including LinkedIn's legal compliance team, the Northern District of Illinois, and law enforcement. I am also hereby notifying you that any further unsolicited contact or online commentary whatsoever from you regarding me, my disability, or my legal case will be treated as harassment and pursued accordingly under applicable law.



 **Michael Lissack**   

Visit my website

and/or referral to the appropriate authorities, including LinkedIn's legal compliance team, the Northern District of Illinois, and law enforcement. I am also hereby notifying you that any further unsolicited contact or online commentary whatsoever from you regarding me, my disability, or my legal case will be treated as harassment and pursued accordingly under applicable law.

This is your one and only warning, Mr. Lissack. Cease all contact with me in any form (direct, indirect, public, or private) effective immediately. Should you disregard this one and only notice, I will move without further discussion to seek all remedies available to me under federal and state law, including but not limited to: injunctive relief, protective orders, and the pursuit of civil and criminal penalties for harassment.

Sincerely,
Kelsey M. Robertson-Brickl
Plaintiff, Brickl v. American Airlines, Case No. 1:25-cv-09158
United States District Court for the Northern District of Illinois 

    







**LinkedIn Member**

You haven't connected with **LinkedIn Member**

MONDAY

**LinkedIn Member** · 6:22 PM

**You are going to.lose the lawsuit**

Your PR campaign has turned most observers against you. No jury will like you.

If the content in this message is unwanted or harmful, please report it to us. We won't notify the sender.

⚑ Report

✕ Mark content safe

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

KELSEY MAURINE BRICKL,

Plaintiff,

v.  Case No. 1:25-cv-09158

Judge Manish S. Shah

AMERICAN AIRLINES, INC.,

Defendant.

---

## EXHIBIT C – EMAIL COMMUNICATIONS

**Source:** Gmail (Plaintiff's personal email account)
**Dates & Times (Central Time):**

- **C1:** August 12, 2025 – 12:21 AM

- **C2:** August 12, 2025 – 12:47 AM
  **Parties:** Plaintiff (Kelsey Maurine Brickl) and Michael Lissack

**C1 – First Email:**
Unsolicited email to Plaintiff's Gmail account stating in relevant part:

> "Your shrill tone and willingness to browbeat those who disagree with you means the jury will hate you. Most of those who have heard your story already do."
> No response from Plaintiff.

**C2 – Second Email:**
Unsolicited email to Plaintiff's Gmail account stating in relevant part:

> "I forwarded your nonsense including your threat to me to AA's legal team. I truly hope they ban you for life."
> No response from Plaintiff.

This exhibit contains true and correct screenshots of the above email communications as they appeared in Plaintiff's Gmail account on the dates and times stated.



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

KELSEY MAURINE BRICKL,

Plaintiff,

v.  Case No. 1:25-cv-09158

Judge Manish S. Shah

AMERICAN AIRLINES, INC.,

Defendant.

---

EXHIBIT D – CEASE-CONTACT NOTICE

**Source:** ProtonMail (Plaintiff's secure email account)

**Date & Time (Central Time):** August 12, 2025 – 1:04 AM

**Parties:** Plaintiff (Kelsey Maurine Brickl) and Michael Lissack (email address as displayed)

**Description:**

Plaintiff sent Mr. Lissack a formal cease-contact notice via ProtonMail. The notice advised that his conduct constituted harassment and potential witness intimidation, that a police report would be filed for the conduct that had already occurred, and that any further contact would result in civil litigation.

This exhibit contains a true and correct copy of the cease-contact notice sent by Plaintiff to Michael Lissack via ProtonMail on August 12, 2025, at 1:04 AM (Central Time) on this and the following page.





**Kelsey Brickl**
Historian | Writer | Linguist
Chicago, IL

August 12, 2025

Mr. Lissack,

You were explicitly instructed via LinkedIn to cease all contact with me. You then chose to email me regardless.

Your conduct therefore clearly constitutes harassment and potential witness intimidation in connection with the pending federal matter Brickl v. American Airlines, Inc., Case No. 1:25-cv-09158 (U.S. District Court for the Northern District of Illinois). You have a documented history of similar behavior toward others dating back decades.

In several hours, I will be filing a formal harassment report with the Chicago Police Department for the conduct that has already occurred, and this report will include your harassing messages in an online forum, your unsolicited harassing LinkedIn message in which I explicitly instructed you to cease contact and after which I blocked your account, your unsolicited harassing email, and relevant background information.

You are still required to immediately cease all direct or indirect contact with me. If you contact me again in any form, I will initiate civil litigation against you without further notice in addition to the criminal complaint already being filed against you with the Chicago Police Department.

Govern yourself accordingly.

Kelsey M. Brickl

Sent with Proton Mail secure email.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

KELSEY MAURINE BRICKL,

Plaintiff,

v.                                                                  Case No. 1:25-cv-09158

                                                                    Judge Manish S. Shah

AMERICAN AIRLINES, INC.,

Defendant.

---

**PLAINTIFF'S MOTION TO REDACT CONTACT INFORMATION FROM PUBLIC FILINGS**

Plaintiff, proceeding pro se, respectfully moves the Court for leave to redact her personal residential address and telephone number from publicly available court filings in this matter, pursuant to Federal Rule of Civil Procedure 5.2(e) and Local Rule 26.2, while maintaining full contact information on file with the Clerk of Court and serving such information on Defendant's counsel.

**1. Basis for Motion**

Plaintiff has recently been subjected to repeated, unsolicited, and harassing communications from a third party who is not a party to this litigation. As detailed in Plaintiff's concurrently filed *Notice of Third-Party Harassment and Potential Witness Intimidation,* these communications

have occurred via public online forums, LinkedIn messages, and email, and have directly referenced this pending case.

## 2. Safety Concerns

The nature and persistence of the harassment raise legitimate concerns for Plaintiff's safety and privacy. Publicly posting Plaintiff's residential address and telephone number on the Court's electronic docket (PACER) would provide this information to the harassing party and potentially facilitate further contact or retaliation.

## 3. Relief Requested

Plaintiff requests that the Court permit her to substitute "Address on file" and "Phone on file" in the signature block of public filings, while retaining her full contact information under seal with the Clerk's Office and providing full unredacted copies to Defendant's counsel.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and permit the redaction of her residential address and telephone number from public filings in this matter.

Dated: August 12, 2025

Respectfully submitted,

**/s/ Kelsey M Brickl**

Kelsey Maurine Brickl

Plaintiff, Pro Se

[Address on file]

[Phone on file]